USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
PS US LLC, formerly known as
PHARMASPECTRA, LLC,

                     Plaintiff,

            -against-                  21-cv-1049 (VEC)

JEREMY MOULDING,                      <u>ORDER</u>

                     Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 26, 2021, the parties appeared for an initial pretrial conference;

    IT IS HEREBY ORDERED THAT:

1. Discovery is STAYED.

2. Plaintiff may either oppose Defendant's motion to dismiss or amend its complaint by **April 23, 2021.**

**SO ORDERED.**

Date:  March 26, 2021
          New York, New York

                                                      _____
                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**