USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PS US LLC, formerly known as
PHARMASPECTRA, LLC,

                Plaintiff,

     -against-                                21-cv-1049 (VEC)

JEREMY MOULDING,                     ORDER

                Defendant.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 15, 2021, Defendant moved to dismiss Plaintiff's complaint (Dkt. 18);

WHEREAS on April 23, 2021, Plaintiff filed an Amended Complaint (Dkt. 25);

IT IS HEREBY ORDERED THAT:

1. Defendant's motion to dismiss is dismissed as moot.

2. Defendant must answer or move against Plaintiff's Amended Complaint by **May 14, 2021**. If Defendant moves to dismiss Plaintiff's Amended Complaint, Plaintiff's opposition is due by **June 14, 2021**. Defendant's reply is due by **June 21, 2021.**

The Clerk of Court is respectfully directed to close the open motion at docket entry 18.

**SO ORDERED.**

**Date: April 23, 2021**
**New York, New York**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**