UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PS US LLC, formerly known as
PHARMASPECTRA, LLC,

                    Plaintiff,

  -against-

JEREMY MOULDING,

                    Defendant.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/2021
```

21 **CIVIL** 1049 (VEC)

## JUDGMENT

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 30, 2021, Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        November 30, 2021

                                                           RUBY J. KRAJICK

                                                                 Clerk of Court

                               BY:

                                                                 **Deputy Clerk**